UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00148-GCM

| | |
|---|---|
| CHRISTOPHER M. LOVILL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| FNU TORRES, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's recent letter directed to the Clerk of Court. [Doc. 18].

Pro se Plaintiff Christopher M. Lovill ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. On September 18, 2023, Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against Defendants FNU Torres and FNU Trivette. [Doc. 1]. Plaintiff's Complaint passed initial review in accordance with the Court's Order and requests for Defendants' waivers of service were transmitted to the North Carolina Department of Adult Corrections the same day. [Docs. 8, 9]. On December 5, 2023, Defendants' waivers of service were returned executed, making their Answers due by February 5, 2024. [Doc. 17; 12/5/2023 Docket Entry].

On December 14, 2023, Plaintiff filed the pending letter directed to the Clerk of Court advising the Clerk that Defendants "didn't respond to the waiver of service" and asking the Clerk to "[p]lease respond to me telling me what I need to do as my next step." [Doc. 18]. This filing is improper and will be stricken from the record in this matter. As Plaintiff was expressly advised in the Order of Instructions, "[l]etters sent to the Clerk of Court or Judge will not be

answered. Only Motions will be ruled on by the Court." [Doc. 3 at ¶ 5]. Moreover, the Plaintiff is admonished that it is not the duty or province of this Court or the Clerk's Office to advise the Plaintiff on how to prosecute this case.[1]

Before Plaintiff files any further documents in this matter, he is admonished to review the Order of Instructions [Doc. 3] in this case, the Federal Rules of Civil Procedure, and the Local Rules of this Court. **Plaintiff is also cautioned that, if he files further improper letters or other filings in this matter, they may be summarily stricken**.

### ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's filing [Doc. 18] is hereby **STRICKEN** from the record in this matter.

The Clerk is respectfully instructed to mail Plaintiff a copy of the docket sheet in this matter.

**IT IS SO ORDERED**.

Signed: December 20, 2023

Graham C. Mullen
United States District Judge

---

[1] As noted, Defendants returned executed waivers of service on December 5, 2023. [Doc. 17]. As such, Plaintiff's question is moot in any event.

2